IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEANNA BROOKS,**<br><br>　　　　*Plaintiff,*<br>**v.**<br><br>**VALLEY FORGE EDUCATIONAL SERVICES,** *et. al.,*<br><br>　　　　*Defendants.* | **Civil Action No. 2:23-cv-4070-JDW** |

### ORDER

**AND NOW**, this 17th day of September, 2024, upon consideration of the Motion To Transfer To Arbitration (ECF No. 27), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.